JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

DAVID ALLEN BENSON,

          Petitioner,

      v.

TODD SPITZER,

          Respondent.

No. 8:25-cv-02179-MRA-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed without prejudice.

DATED: January 30, 2026

_____

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE